**Place: Anthony, Texas**                                    Docket Number: EP:25-MC-00544-ATB-1

<u>VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA</u>

I <u>Abel Cárdenas Segundo</u>, reg. no. <u>86142-298</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Abel Cárdenas Segundo
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                                                          **Docket Number: EP:25-MC-00544-ATB-2**

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Héctor Abraham Cota Higuera</u>, reg. no. <u>06914-151</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

/s/ Héctor Abraham Cota Higuera
Transferring Prisoner

Subscribed before me on December 4, 2025.

/s/ Anne T. Berton
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

/s/ Anne T. Berton
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                           Docket Number: EP:25-MC-00544-ATB-3

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Gerardo Gaxiola Patiño</u>, reg. no. <u>48304-510</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Gerardo Gaxiola Patiño
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                           Docket Number: EP:25-MC-00544-ATB-4

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Gerardo Haro Loera</u>, reg. no. <u>18703-510</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Gerardo Haro Loera
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                          Docket Number: EP:25-MC-00544-ATB-5

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I Jesús Labrada Félix, reg. no. 58352-008, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Jesús Labrada Félix
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                       Docket Number: EP:25-MC-00544-ATB-6

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I Juan López Viera, reg. no. 98599-510, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Lopez Viera*
Juan López Viera
Transferring Prisoner

Subscribed before me on December 4, 2025.

*[signature]*
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

*[signature]*
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                                    **Docket Number: EP:25-MC-00544-ATB-7**

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES<br>
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Nicolás Mercado Milán</u>, reg. no. <u>08958-479</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Nicolás Mercado Milán
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                                    Docket Number: EP:25-MC-00544-ATB-8

### VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I José Jaime Morado Zepeda, reg. no. 22267-479, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_/s/ José Jaime_
José Jaime Morado Zepeda
Transferring Prisoner

Subscribed before me on December 4, 2025.

_/s/ Anne J. Berton_
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_/s/ Anne J. Berton_
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                                          **Docket Number: EP:25-MC-00544-ATB-9**

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Iván Pedraza González</u>, reg. no. <u>29130-009</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_/s/ Iván Pedraza González_
Iván Pedraza González
Transferring Prisoner

Subscribed before me on December 4, 2025.

_/s/ Anne T. Berton_
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_/s/ Anne T. Berton_
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                               Docket Number: EP:25-MC-00544-ATB-10

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Manuel Ramírez Haro</u>, reg. no. <u>31487-510</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Manuel Ramirez Haro* (signature)
Manuel Ramírez Haro
Transferring Prisoner

Subscribed before me on December 4, 2025.

*Anne J. Berton* (signature)
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

*Anne J. Berton* (signature)
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                             Docket Number: EP:25-MC-00544-ATB-11

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Luis Fernando Rocha Molina</u>, reg. no. <u>67653-509</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Luis Fernando Rocha* (signature)
Luis Fernando Rocha Molina
Transferring Prisoner

Subscribed before me on December 4, 2025.

*Anne J. Berton* (signature)
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

*Anne J. Berton* (signature)
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                        Docket Number: EP:25-MC-00544-ATB-12

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Saúl Rodríguez Pineda</u>, reg. no. <u>58326-510</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Saúl Rodríguez Pineda
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

**Place: Anthony, Texas**                                              **Docket Number: EP:25-MC-00544-ATB-13**

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I <u>Avel Ramón Páez Osuna</u>, reg. no. <u>40653-510</u>, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1) My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2) My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3) If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4) Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1) I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2) I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3) My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*/s/ Avel Paez*
Avel Ramón Páez Osuna
Transferring Prisoner

Subscribed before me on December 4, 2025.

*/s/ Anne J. Berton*
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

*/s/ Anne J. Berton*
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Place: Anthony, Texas                                    Docket Number: EP:25-MC-00544-ATB-14

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I José De Jesús Zazueta Cano, reg. no. 16208-509, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer.

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer, under the laws of the United States of America free of charge.

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
José De Jesús Zazueta Cano
Transferring Prisoner

Subscribed before me on December 4, 2025.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
Anne T. Berton, U.S. Magistrate Judge