# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| TRANSFER OF OFFENDERS | § | No.  EP: 25-MC-00544-ATB (1-14) |
| | § | |
| Pursuant to 18 U.S.C. § 4100 | § | |
| et. seq. | § | |

## ORDER APPOINTING COUNSEL

Because the above-named persons, herein called offenders, have testified under oath or have otherwise satisfied this Verifying Officer that they are financially unable to obtain counsel, and do not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender for the Western District of Texas is hereby appointed to represent said offenders pursuant to 18 U.S.C. § 4109.

This appointment is limited to advising and representing the offenders in the matter of their consent to transfer under the provisions of Chapter 306 of Title 18, United States Code, and terminates upon the completion of the verification proceedings.

**SIGNED AND ENTERED** this 4th day of December, 2025.

**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**